1  Francesco Benavides, CSBN 258924
   Law Offices of Francesco Benavides
2      1990 N. California Blvd.  Suite 20
3      Walnut Creek, CA 94596
       Tel: (925) 222-7071
4      Fax: (925) 522-5306
       Email: francesco@benavidesdisabilitylaw.com
5

6  Attorney for Plaintiff
   TINA FAIN
7

8
                    **UNITED STATES DISTRICT COURT**
9                   **EASTERN DISTRICT OF CALIFORNIA**
                           **FRESNO DIVISION**
10

11 TINA FAIN,                              Case No. 1:22-cv-01257-SKO

12         Plaintiff,
                                           **ORDER ON STIPULATION AND**
13                                         **UNOPPOSED MOTION FOR THE**
                                           **AWARD AND PAYMENT OF**
14         v.                              **ATTORNEY FEES AND EXPENSES**
                                           **PURSUANT TO THE EQUAL ACCESS**
15 KILOLO KIJAKAZI, Acting                 **TO JUSTICE ACT**
16 Commissioner of Social Security,

17         Defendant.                      **(Doc. 19)**

18

19

20

21         IT IS HEREBY STIPULATED by and between the parties through their

22 undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded

23 attorney fees and expenses in the amount of $7,500.00, under the Equal Access to

24 Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920. This

25 amount represents compensation for all legal services rendered on behalf of Plaintiff by

26 counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 2412(d),

27 1920.

28

1

2

3    After the Court issues an order for EAJA fees to Plaintiff, the government will

4 consider the matter of Plaintiff's assignment of EAJA fees to counsel.  Pursuant to

5 *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability

6 to honor the assignment will depend on whether the fees are subject to any offset

7 allowed under the United States Department of the Treasury's Offset Program.  After

8 the order for EAJA fees is entered, the government will determine whether they are

9 subject to any offset.

10    Fees shall be made payable to Plaintiff, but if the Department of the Treasury

11 determines that Plaintiff does not owe a federal debt, then the government shall cause

12 the payment of fees, expenses and costs to be made directly to Plaintiff's counsel,

13 Francesco Benavides, pursuant to the assignment executed by Plaintiff.

14    This stipulation constitutes a compromise settlement of Plaintiff's request for

15 EAJA attorney fees and does not constitute an admission of liability on the part of

16 Defendant under the EAJA or otherwise.  Payment of the agreed amount shall

17 constitute a complete release from, and bar to, any and all claims that Plaintiff and/or

18 Francesco Benavides, including the Law Offices of Francesco Benavides, may have

19 relating to EAJA attorney fees in connection with this action.

20    Any EAJA funds paid directly to Plaintiff's attorney may be made via EFT or

21 check.

22    This award is without prejudice to the rights of Francesco Benavides to seek

23 Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings

24 clause provisions of the EAJA.

25

26                                        Respectfully submitted,

27

28 Dated: November 16, 2023          Law Offices of Francesco Benavides

                                   By:   */s/ Francesco Benavides*

1

FRANCESCO P. BENAVIDES
Attorney for Plaintiff

2

3

4

5

Dated: November 16, 2023

6

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

7

8

9

By:   *Lars Nelson\**
LARS NELSON
Special Assistant U.S. Attorney
Attorneys for Defendant
(\*Permission to use electronic signature
obtained via email on November 15, 2023).

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

Based upon the parties' foregoing Stipulation and Unopposed Motion for the

Award and Payment of Equal Access to Justice Act Fees and Expenses (Doc. 19),

**IT IS ORDERED** that fees and expenses in the amount of $7,500.00 as

authorized by 28 U.S.C. § 2412, and no costs under 28 U.S.C. § 1920, be awarded

subject to the terms of the Stipulation.


IT IS SO ORDERED.

Dated:   **November 17, 2023**                    /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE